1036

THE STATE OF WASHINGTON, *Respondent*, v. TOBY VERNON JOHNSTON, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 07-1-01696-6, Richard J, Thorpe, J., September 4, 2008. *Reversed* and *remanded* by unpublished per curiam opinion.

THE STATE OF WASHINGTON, *Respondent*, v. KAI TREMAINE PIERCE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 07-1-01040-0, Thomas P. Larkin, J., entered May 15, 2009. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Penoyar, C.J., and Worswick, J.

SHERRI LYNN TANSON ET AL., *Appellants*, v. DUGOUT BROTHERS, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 08-2-05436-1, Susan Serko, J., entered April 16, 2010. *Reversed* and *remanded with instructions* by unpublished opinion per Quinn-Brintnall, J., concurred in by Hunt and Johanson, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. T.F., *Appellant*.

Appeal from a judgment of the Superior Court for Jefferson County, No. 10-8-00032-2, Craddock D. Verser, J., entered December 2, 2010. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Penoyar, C.J., and Van Deren, J.